AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rogelio Tanguma-Guerra

United States Courts
Southern District of Texas
FILED
*July 23, 2021*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-21- 1612 -M

IAE   YOB: 1978
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 22, 2021** in **Starr** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Villareales, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Rogelio Tanguma-Guerra was encountered by Border Patrol Agents near Los Villareales, Texas on July 22, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on July 18, 2021, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on July 6, 2021, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On March 29, 2021, the defendant was convicted of 8 USC 1326 Being Found in the U.S. After Previous Deportation and sentenced to six (6) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 23, 2021   3:39 pm

/S/ Cynthia Garcia
Signature of Complainant
Cynthia Garcia   Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer